PLAINTIFFS'
EXHIBIT
A
No. 12-47

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES E. STUBY and<br>LUKAS J. BERKEY, | Civil Division |
| Plaintiffs, | No. 12-47 |
| v. | |
| BEDFORD COUNTY and<br>CHARWIN REICHELDERFER,<br>in his individual capacity, | Judge Gibson |
| Defendants. | JURY TRIAL DEMANDED |

## ANSWERS TO
## PLAINTIFFS' FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO DEFENDANT, BEDFORD COUNTY

Pursuant to Federal Rules of Civil Procedure 33 and 34, Plaintiffs, Charles E. Stuby and Lukas J. Berkey (hereinafter "Plaintiffs") request that Defendant, Bedford County ("Defendant"), answer the following Interrogatories and produce for inspection and copying at the offices of Samuel J. Cordes & Associates, 245 Fort Pitt Boulevard, Pittsburgh, PA 15222, the documents requested herein within thirty (30) days of service of the following Interrogatories and Requests.

### DEFINITIONS

1. "Document(s)" means all materials within the full scope of Rule 34 including but not limited to all writings and recordings, which includes but is not limited to:

    (a)    the originals and all non-identical copies, whether different from the original by reason of any notation made on such copies or otherwise (including but not without limitation to email and attachments, correspondence, memoranda, notes, diaries, minutes, statistics, letters, telegrams, contracts, reports, studies, checks, statements, tags, labels, invoices, brochures, periodicals, receipts, returns, summaries, pamphlets, books, interoffice and intraoffice communications, offers, notations of any

1

## INTERROGATORIES

1. Identify each and every fringe benefit Plaintiff Stuby was eligible to receive during his employment, its dollar value, and percentage of total salary, including all hospitalization, retirement, pension, disability, medical, dental, life insurance and any other types of fringe benefits of any value to the Plaintiff whatsoever.

ANSWER: **See Union Contract which is in Plaintiff's possession as well as Plaintiff's pay stub.**
**Additionally (based on a 2011 salary of $ 28,167.12);**

**FICA/medicare (7.65%) 2154.78**

**Workers comp (7.34%) 2067.46**

**UC (5.61% of first $8,000) 448.80**

**Life Insurance ($7.00/mth) 84.00**

**Retirement (2.36%) 664.75**

**Medical opt out ($ 48.00/mth) 576.00**

**See also documents Bates Stamped 253-286.**

2. Identify each and every fringe benefit Plaintiff Berkey was eligible to receive during his employment, its dollar value, and percentage of total salary, including all hospitalization, retirement, pension, disability, medical, dental, life insurance and any other types of fringe benefits of any value to the Plaintiff whatsoever.

ANSWER: **See Union Contract which is in Plaintiff's possession as well as Plaintiff's pay stub.**
**Additionally (based on a 2011 salary of $ 27,352.80);**

**FICA/Medicare (7.65%) 2092.49**

**Workers Comp (7.34%) 2007.70**

**UC ( 5.61% of first $8,000) 448.80**

**Life Insurance ($7.00/mth) 84.00**

**Retirement (2.36%) 645.63**

**Medical opt-out ($48.00/mth) 576.00**

**See also documents Bates Stamped 253-286.**

Respectfully submitted,

**Samuel J. Cordes & Associates**

_____

Samuel J. Cordes
Christine T. Elzer
Pa. I.D. No. 54874 (Cordes)
Pa. I.D. No. 208157 (Elzer)

245 Fort Pitt Boulevard
Pittsburgh, PA  15222
(412) 281-7991

Attorneys for Plaintiff

MARGOLIS EDELSTEIN

BY: /s/ Mary Lou Mairhofer, Esquire
    Mary Lou Maierhofer
    PA. ID.  62175
    Counsel for All Defendants
    P.O. Box 628
    Hollidaysburg, PA 16648
    mmaierhofer@margolisedelstein.com
    (814) 695-5064
    Fax: (814) 695-5066
    I.D. #62175

13

## VERIFICATION

I, __Barry A Crawford__ an authorized representative of Bedford County do hereby verify that I have read the foregoing Answers to Plaintiffs' First Set of Interrogatories and Request for Production of Documents Directed to Defendant Bedford County. The statements therein are true and correct to the best of my personal knowledge or information and belief at the time that such were completed.

This statement is made subject to the penalties of 18 Pa. C.S.A. Section 4904, relating to unsworn falsification to authorities, which provides that if I knowingly make false averments, I may be subject to criminal penalties.

X _[signature]_

DATE: August 2, 2012

PLAINTIFFS' EXHIBIT B No. 12-47

| a Employee's social security no. | | OMB No. 1545-0008 | Copy B To Be Filed With Employee's FEDERAL Tax Return | |
|---|---|---|---|---|
| b Employer identification number (EIN) | | | 1 Wages, tips, other compensation 27988.42 | 2 Federal income tax withheld 1961.20 |
| c Employer's name, address, and ZIP code<br>BEDFORD COUNTY COMMISSIONERS<br>200 SOUTH JULIANA STREET<br>BEDFORD PA 15522 | | | 3 Social security wages 29461.51 | 4 Social security tax withheld 1237.38 |
| | | | 5 Medicare wages and tips 29461.51 | 6 Medicare tax withheld 427.20 |
| | | | 7 Social security tips | 8 Allocated tips |
| d Control number | | | | 10 Dependent care benefits |
| e Employee's first name and initial CHARLES E | Last name STUBY | Suff | 11 Nonqualified plans | 12a See instructions for box 12 |
| 1126 MILLIGANS COVE ROAD<br>BUFFALO MILLS PA 15534 | | | 13 Statutory employee / Retirement plan X / Third-party sick pay | 12b |
| | | | 14 Other 1473.09 | 12c |
| | | | | 12d |
| f Employee's address and ZIP code | | | | |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| PA | | 29461.51 | 904.47 | 29461.51 | 441.88 | PABEDF |

Form **W-2** Wage and Tax Statement **2011**

Department of the Treasury - Internal Revenue Service

This information is being furnished to the Internal Revenue Service.

PLAINTIFFS' EXHIBIT C No. 12-47

| a Employee's social security no. | | OMB No. 1545-0008 | Copy C For EMPLOYEE'S RECORDS. (See Notice to Employee on back of Copy B). | |
|---|---|---|---|---|
| b Employer identification number (EIN) | | | 1 Wages, tips, other compensation 26067.24 | 2 Federal income tax withheld 3405.55 |
| c Employer's name, address, and ZIP code BEDFORD COUNTY COMMISSIONERS 200 SOUTH JULIANA STREET BEDFORD PA 15522 | | | 3 Social security wages 27464.81 | 4 Social security tax withheld 1153.54 |
| | | | 5 Medicare wages and tips 27464.81 | 6 Medicare tax withheld 398.23 |
| | | | 7 Social security tips | 8 Allocated tips |
| d Control number | | | | 10 Dependent care benefits |
| e Employee's first name and initial LUKAS J | Last name BERKEY | Suff | 11 Nonqualified plans | 12a See instructions for box 12 |
| 117 ELECTION HOUSE ROAD P.O. BOX 25 BUFFALO MILLS PA 15534 | | | 13 Statutory employee / Retirement plan X / Third-party sick pay | 12b |
| | | | 14 Other 1397.57 | 12c |
| | | | | 12d |
| f Employee's address and ZIP code | | | | |

| 15 State PA | Employer's state ID number | 16 State wages, tips, etc. 27681.87 | 17 State income tax 849.84 | 18 Local wages, tips, etc. 27951.39 | 19 Local income tax 419.28 | 20 Locality name PABEDF |
|---|---|---|---|---|---|---|

Form **W-2** Wage and Tax Statement **2011**

Department of the Treasury - Internal Revenue Service
This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

**PLAINTIFFS' EXHIBIT D**
No. 12-47

# Form 1040 — U.S. Individual Income Tax Return — 2012

Department of the Treasury—Internal Revenue Service (99)
OMB No. 1545-0074   IRS Use Only—

For the year Jan. 1–Dec. 31, 2012, or other tax year beginning ____, 2012, ending ____, 20 ____

| | |
|---|---|
| Your first name and initial: Charles E | Last name: Stuby |
| If a joint return, spouse's first name and initial: Debra L | Last name: Stuby |
| Home address (number and street): 1126 Milligans Cove Road | Apt. no.: |
| City, town or post office, state, and ZIP code: Buffalo Mills PA 15534 | |

Presidential Election Campaign: ☒ You ☒ Spouse

**Filing Status** (Check only one box)
1. ☐ Single
2. ☒ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here.
4. ☐ Head of household (with qualifying person).
5. ☐ Qualifying widow(er) with dependent child

**Exemptions**
- 6a ☒ Yourself.
- 6b ☒ Spouse
- Boxes checked on 6a and 6b: **2**
- Add numbers on lines above ▶ **2**

**Income**

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 1,894. |
| 8a | Taxable interest. Attach Schedule B if required | 0. |
| 8b | Tax-exempt interest | |
| 9a | Ordinary dividends. Attach Schedule B if required | |
| 9b | Qualified dividends | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | 8. |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | |
| 13 | Capital gain or (loss). Attach Schedule D if required. | |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions | |
| 15b | Taxable amount | |
| 16a | Pensions and annuities — 55,442. | |
| 16b | Taxable amount | 530. |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | 15,723. |
| 20a | Social security benefits — 3,087. | |
| 20b | Taxable amount | 0. |
| 21 | Other income. List type and amount | |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 18,155. |

**Adjusted Gross Income**

| Line | Description | Amount |
|---|---|---|
| 23 | Educator expenses | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | |
| 25 | Health savings account deduction. Attach Form 8889 | |
| 26 | Moving expenses. Attach Form 3903 | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | |
| 29 | Self-employed health insurance deduction | |
| 30 | Penalty on early withdrawal of savings | |
| 31a | Alimony paid  b Recipient's SSN ▶ | |
| 32 | IRA deduction | |
| 33 | Student loan interest deduction | |
| 34 | Tuition and fees. Attach Form 8917 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | |
| 36 | Add lines 23 through 35 | |
| 37 | Subtract line 36 from line 22. This is your adjusted gross income ▶ | 18,155. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.   BAA   REV 02/07/13 TTO   Form **1040** (2012)

PLAINTIFFS' EXHIBIT E No. 12-47

W-2 2012

| | | |
|---|---|---|
| Copy C-For EMPLOYEE'S RECORDS (See Notice to Employee on the back of Copy B.) | | 41-0852411 OMB No. 1545-0008 |
| a Employee's soc. sec. no. | 1 Wages, tips, other comp. 19568.00 | 2 Federal income tax withheld 1504.07 |
| b Employer ID number (EIN) 25-1627396 | 3 Social security wages 19568.00 | 4 Social security tax withheld 821.88 |
| | 5 Medicare wages and tips 19568.00 | 6 Medicare tax withheld 283.73 |

c Employer's name, address, and ZIP code

HELSEL TRANSPORTATION
5282 BUSINESS ROUTE 220

BEDFORD                     PA     15522

d Control number: 3

e Employee's name, address, and ZIP code                          Suff.

LUKAS J.          BERKEY
117 ELECTION HOUSE ROAD
BUFFALO MILLS               PA     15534

| 7 Social security tips | 8 Allocated tips | 9 |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code |
| 13 Statutory employee | 14 Other PUC   11.74 | 12b Code |
| Retirement plan | | 12c Code |
| Third-party sick pay | | 12d Code |

| PA | 19568.00 | 600.75 |
|---|---|---|
| 15 State Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax |
| 18 Local wages, tips, etc. 19568.00 | 19 Local income tax 293.53 | 20 Locality name 05 |

Form W-2 Wage and Tax Statement   2012   Dept. of the Treasury – IRS
This information is being furnished to the IRS. If you are required to file a tax return, a negligence

**PLAINTIFFS' EXHIBIT F**
No. 12-47

---

**HELSEL TRANSPORTATION**
5282 BUSINESS ROUTE 220
BEDFORD, PA 15522
(814) 623-1350

EXPLANATION: 3 A.S.  1 hr.

PAY: One hundred three and 50/XX DOLLARS

| DATE | TO THE ORDER OF | HRS | GROSS | SOC. SEC. | MED. | FED. WITH | STATE |
|---|---|---|---|---|---|---|---|
| 4/19/13 | Charles Stuby | 118.00 | 7.32 | 1.71 | 0 | 3.62 | 1.77 .08 |

CHECK AMOUNT: $103.50

M&T Bank

NOT NEGOTIABLE

RECORD OF EARNINGS OR PAYMENTS
PAY PERIOD FROM 4/8/13 TO 4/19/13   RATE OF PAY ____

---

**HELSEL TRANSPORTATION**
5282 BUSINESS ROUTE 220
BEDFORD, PA 15522
(814) 623-1350

EXPLANATION: 2 A.S. Hynd

11908

PAY: Fifty one and 74/XX DOLLARS

| DATE | TO THE ORDER OF | HRS | GROSS | SOC. SEC. | MED. | FED. WITH | STATE |
|---|---|---|---|---|---|---|---|
| 5/3/13 | Charles Stuby | 59.00 | 3.66 | .86 | 0 | 1.81 | .89 .64 |

CHECK AMOUNT: $51.74

M&T Bank

NOT NEGOTIABLE

RECORD OF EARNINGS OR PAYMENTS
PAY PERIOD FROM 4/22/13 TO 5/3/13   RATE OF PAY 29.50

---

**HELSEL TRANSPORTATION**
5282 BUSINESS ROUTE 220
BEDFORD, PA 15522
(814) 623-1350

EXPLANATION: 1/2 # 47

12039

PAY: Sixteen and 67/XX DOLLARS

| DATE | TO THE ORDER OF | HRS | GROSS | SOC. SEC. | MED. | FED. WITH | STATE |
|---|---|---|---|---|---|---|---|
| 6/4/13 | Charles Stuby | 19.00 | 1.18 | .28 | 0 | .58 | .29 .01 |

CHECK AMOUNT: $16.67

M&T Bank

NOT NEGOTIABLE

RECORD OF EARNINGS OR PAYMENTS
PAY PERIOD FROM 6/3/13 TO 6/4/13   RATE OF PAY ____

**Check 11958**

HELSEL TRANSPORTATION
5282 BUSINESS ROUTE 220
BEDFORD, PA 15522
(814) 623-1350

PAY: Twenty Five and 87/xx DOLLARS

| EXPLANATION | AMOUNT |
|---|---|
| P.A.S. | 45 |

| DATE | TO THE ORDER OF | HRS | GROSS | SOC. SEC. | MED. | FED. WITH. | STATE |
|---|---|---|---|---|---|---|---|
| 5/17/13 | Charles Shuby | 29.50 | 1.83 | .43 | 0 | .91 | .44 .02 |

CHECK AMOUNT: $25.87

M&T Bank — Northern PA Private Banking

NOT NEGOTIABLE

⑇011958⑇ ⑉031302955⑉ 88926159591⑇

RECORD OF EARNINGS OR PAYMENTS
PAY PERIOD FROM 5/6/13 TO 5/17/13 RATE OF PAY ___

---

**Check 12010**

HELSEL TRANSPORTATION
5282 BUSINESS ROUTE 220
BEDFORD, PA 15522
(814) 623-1350

PAY: Fifty one and 74/xx DOLLARS

| EXPLANATION | AMOUNT |
|---|---|
| P.A.S. | .43 |

| DATE | TO THE ORDER OF | HRS | GROSS | SOC. SEC. | MED. | FED. WITH. | STATE |
|---|---|---|---|---|---|---|---|
| 5/31/13 | Charles Shuby | 59.00 | 3.66 | .86 | ✓ | 1.81 | .89 .04 |

CHECK AMOUNT: $51.74

M&T Bank — Northern PA Private Banking

NOT NEGOTIABLE

⑇012010⑇ ⑉031302955⑉ 88926159591⑇

RECORD OF EARNINGS OR PAYMENTS
PAY PERIOD FROM 5/20/13 TO 5/31/13 RATE OF PAY ___

PLAINTIFFS' EXHIBIT G No. 12-47

NAME: Lukas J. Berkey
STREET: 117 Election House Rd
CITY: Buffalo Mills 15534
YEAR: 2013
DATE STARTED: 3-12-12
DATE LEFT: w/single rate
CHECK ISSUED TO: day rate $100.00

| DATE PAY PERIOD ENDING | | TIME WORKED | GROSS | FICA | MED | FED | STAT | CO | PUC | PAY |
|---|---|---|---|---|---|---|---|---|---|---|
| | BROUGHT FORWARD → | | | | | | | | | |
| 11/13 | 6 A.S., 1 Ath | 10 | 1206.50 | 74.80 | 17.49 | 109.00 | 37.04 | 18.10 | .84 | 949.23 |
| 25/13 | 8 A.S., 1 Ath | 10 | 1265.50 | 78.46 | 18.35 | 118.00 | 38.85 | 18.98 | .89 | 991.97 |
| /8/13 | 7 A.S., 2 Ath | 9 | 1165.50 | 72.26 | 16.90 | 101.00 | 35.78 | 17.48 | .82 | 921.26 |
| /22/13 | 8 A.S. | 10 | 1236.00 | 76.63 | 17.92 | 110.00 | 37.95 | 18.54 | .87 | 974.109 |
| /8/13 | 5 A.S., 2 Ath | 10 | 1206.50 | 74.80 | 17.49 | 109.00 | 37.04 | 18.10 | .84 | 949.23 |
| /22/13 | 5 A.S., 1 Ath | 8 | 977.00 | 60.57 | 14.17 | 71.00 | 29.99 | 14.66 | .68 | 785.93 |
| | | | 7057.00 | 437.52 | 102.32 | 618— | 216.65 | 105.86 | 4.94 | 5571.71 |
| /5/13 | 7 A.S. 1 Ath | 10 | 1236.00 | 76.63 | 17.92 | 110.00 | 37.95 | 18.54 | .87 | 974.09 |
| /19/13 | 5 A.S., 1 Ath | 9 | 1077.00 | 66.77 | 15.62 | 101.00 | 33.06 | 16.16 | .75 | 843.64 |
| /3/13 | 8 A.S., 2 Ath | 10 | 1295.00 | 80.29 | 18.78 | 119.00 | 39.76 | 19.43 | .91 | 1616.83 |
| 17/13 | 8 A.S., 1 Ath | 10 | 1265.50 | 78.46 | 18.35 | 116.00 | 38.85 | 18.98 | .89 | 993.97 |
| 31/13 | 8 A.S. | 9 | 1136.00 | 70.43 | 16.47 | 95.00 | 34.88 | 17.04 | .80 | 901.38 |
| /14/13 | | 10 | 1150.00 | 71.30 | 16.68 | 98.00 | 35.31 | 17.25 | .81 | 910.65 |
| /28/13 | | 10 | 1000.00 | 62.00 | 14.50 | 77.00 | 30.70 | 15.00 | .70 | 800.10 |
| | | | 8159.50 | 505.88 | 118.32 | 716.00 | 250.51 | 122.40 | 5.73 | 10440.10 |

FORM NO. 150NL — EARNINGS RECORD

| NAME | Lukas Berkey | | CLOCK NUMBER | | DEPT | | | M | 12 | RECORD OF PAY RATE CHANGES | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | SOC. SEC. NUMBER | | | MARITAL STATUS | NO. OF EXEMP. | | | DATE | RATE |
| STREET | | | | | | | | ☑ M | ☐ F | 9-6-13 | 105.00 |
| CITY | | | PHONE NO. | | DATE STARTED 3-12-12 DATE LEFT w/ single rate | | | | | | 30.00 45 |

| DATE PAY PERIOD ENDING | YEAR 2013 CHECK ISSUED TO | ENCIRCLED QUARTERS 1 2 ③ ④ | TIME WORKED | GROSS | FICA | MED | FED | STAT | CO | PW | S T | NET PAY | ✓ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BROUGHT FORWARD → | | | | | | | | | | | | |
| 7/12/13 | | | 9 | 1170.00 | 72.54 | 16.97 | 101.00 | 35.92 | 17.55 | .82 | | 925.20 | |
| 7/26/13 | | | 10 | 1000.00 | 62.00 | 14.50 | 77.00 | 30.70 | 15.00 | .70 | | 800.10 | |
| 8/9/13 | | | 10 | 1000.00 | 62.00 | 14.50 | 77.00 | 30.70 | 15.00 | .70 | | 800.10 | |
| 8/23/13 | | | 10 | 1000.00 | 62.00 | 14.50 | 77.00 | 30.70 | 15.00 | .70 | | 800.10 | |
| 9/6/13 | + 9 Ath runs | | 10 | 1320.00 | 81.84 | 19.14 | 125.00 | 40.52 | 19.80 | .92 | | 1032.78 | |
| 9/20/13 | + 8 A.S. 2 Ath | | 10 | 1350.00 | 83.70 | 19.58 | 128.00 | 41.45 | 20.25 | .95 | | 1056.07 | |
| | | | | 6840.00 | 424.08 | 99.19 | 585.00 | 209.99 | 102.60 | 4.79 | | 5414.35 | |
| 10/4/13 | 8 A.S., 1 Ath | | 10 | 1320.00 | 81.84 | 19.14 | 125.00 | 40.52 | 19.80 | .92 | | 1032.78 | |
| 10/17/13 | 8 A.S., 1 Ath | | 10 | 1320.00 | 81.84 | 19.14 | 125.00 | 40.52 | 19.80 | .92 | | 1032.78 | |
| 11/1/13 | 7 A.S., 2 Ath | | 10 | 1320.00 | 81.84 | 19.14 | 125.00 | 40.52 | 19.80 | .92 | | 1032.78 | |
| 11/15/13 | 8 A.S., 2 Ath | | 10 | 1350.00 | 83.70 | 19.58 | 128.00 | 41.45 | 20.25 | .95 | | 1056.07 | |
| 11/29/13 | 8 A.S., 2 Ath | | 10 | 1350.00 | 83.70 | 19.58 | 128.00 | 41.45 | 20.25 | .95 | | 1056.07 | |
| 12/13/13 | 7 A.S., 2 Ath (1 snow) 13.5 | | 9 | 1417.56 | 87.89 | 20.55 | 137.00 | 43.52 | 21.26 | .99 | | 1106.29 | |

FORM NO. 150NL                    EARNINGS RECORD